**UNITED AIRCRAFT PRODUCTS, INC., Plaintiff-Appellees, v. CRUZAN, Defendant-Appellant.**

Ohio Appeals, Second District, Montgomery County.

No. 1824. Decided April 30, 1945.

Joseph D. Chamberlain, Dayton, E. H. & W. B. Turner, Dayton, for plaintiff-appellee.

Gus W. Byttner, Dayton, Henry G. Dybvig, Dayton, for defendant-appellant.

NICHOLS, J., of the Seventh Appellate District, sitting by designation.

## OPINION

**BY THE COURT:**

Submitted on application for rehearing.

No sufficient reason is set forth to require a rehearing on this appeal. In our original opinion although we confined our discussion to the principal and determinative question before us, we also said, on page seven, that "no error assigned is well made". The journal entry may be prepared to conform to our finding that no error assigned is established.

HORNBECK, P. J., GEIGER, J., and NICHOLS, J., concur.